Order entered November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00875-CV

### IRANA HAGHNAZARI, Appellant

V.

### TIDEWATER FINANCE COMPANY D/B/A TIDEWATER CREDIT K/A/ROOMS TO GO, INC., Appellee

**On Appeal from the County Court at Law No 4
Collin County, Texas
Trial Court Cause No. 004-00232-2012**

## ORDER

On November 21, 2012, this Court received notice from Danielle Jackson, Deputy Clerk

for Collin County, that appellant has neither paid nor made arrangements to pay for the clerk's

record in this appeal. If appellant does not provide documentation to this Court that he has done

so within ten days of the date of this order, this case may be dismissed without further notice.

MOLLY FRANCIS
JUSTICE